**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000725
29-AUG-2025
10:52 AM
Dkt. 631 OAWST**

NO. CAAP-19-0000725


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


MATTHEW LOPRESTI, JULIA LOPRESTI, ROBERT JOHNSON, REGENA JOHNSON, KYLE MCKEE, MARITES MCKEE, EMIL GOCONG, LIZ GOCONG, KENNETH TYLER, on Behalf of Themselves and All Others Similarly Situated, Plaintiffs-Appellees/Cross-Appellants,
v.
HASEKO (HAWAII), INC.; HASEKO (EWA), INC.; HASEKO DEVELOPMENT, INC.; HASEKO HOMES, INC.; HASEKO INVESTMENTS, INC.; HASEKO REALTY (HAWAII), INC.; HOAKALEI; HOAKALEI CORPORATION; HOAKALEI DEVELOPMENT, LLC; and HOAKALEI RESIDENTIAL, LLC, Defendants-Appellants/Cross-Appellees,
and
DOE DEFENDANTS 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC131001995)

ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By: Wadsworth, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal (**Stipulation**), filed on August 20, 2025, pursuant to Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), and the record, it appears that:

(1) the filing fees have been paid and the appeal has been docketed;

(2) the Plaintiffs-Appellees/Cross-Appellants Matthew Lopresti, Julia Lopresti, Robert Johnson, Regena Johnson, Kyle McKee, Marites McKee, Emil Gocong, Liz Gocong, and Kenneth Tyler, on behalf of themselves and all others similarly situated (**Plaintiffs**), and the Defendants-Appellants/Cross-Appellees, Haseko (Hawaii), Inc.; Haseko (Ewa), Inc.; Haseko Development, Inc.; Haseko Homes, Inc.; Haseko Investments, Inc.; Haseko Realty (Hawaii), Inc.; Hoakalei; Hoakalei Corporation; Hoakalei Development, LLC; and Hoakalei Residential, LLC stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs associated with this appeal;

(3) the Stipulation is signed by counsel for all parties appearing in this appeal;

(4) as a result of the Stipulation, the Plaintiffs' October 10, 2024 "Motion for Award of Attorneys' Fees and Costs," October 28, 2024 "Motion for Instruction on Post Judgment Interest," October 28, 2024 "Motion for Pre-Judgment Interest," and November 8, 2024 "Motion for Authorization to File Reply Memoranda Regarding Pre-Judgment and Post-Judgment

Interest Pursuant to HRAP 27" (collectively, the **Motions**),

appear to be moot.[1]

Therefore, IT IS HEREBY ORDERED that the Stipulation

is approved and the appeal is dismissed with prejudice.  The

parties shall bear their own attorneys' fees and costs in this

appeal.

IT IS FURTHER ORDERED that the Motions are denied as

moot.

DATED:  Honolulu, Hawai'i, August 29, 2025.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge

---

[1]    See Cmty. Ass'ns of Hualalai, Inc. v. Leeward Plan. Comm'n, 150 Hawai'i 241, 253, 500 P.3d 426, 438 (2021) ("[A] case is moot if the reviewing court can no longer grant effective relief.") (cleaned up).